**Robert E. Ricksen, appellee, v. Roy A. H. Thompson, appellant. Gen. No. 28,697.**

Suit to recover shares of stock due to complainant as his portion of a joint business venture with the defendant. Judgment for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Barthell, Fitts & Rundall, for appellant. Huff & Cook, for appellee; Chauncey M. Millar, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Sidney Spielman et al. Arthur Lorenz, plaintiff in error. Gen. No. 28,772.**

Prosecution for criminal libel. Defendant convicted. Error to the Criminal Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925.

Henry W. Drucker, for plaintiff in error; John G. Riordan, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error; John V. Clinnin, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**L. A. Hedden, appellee, v. New York Supply & Machinery Company, appellant. Gen. No. 28,862.**

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Morris M. Chaikin, for appellant. Alden, Latham & Young, for appellee; Charles Martin, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Josephine Kaumanns, appellee, v. Northwestern Elevated Railroad Company, appellant. Gen. No. 28,894.**

Suit to recover damages for personal injuries received by plaintiff when a passenger on one of defendant's trains. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Addison L. Gardner and Carroll H. Jones, for appellant; Walter M. Fowler and James K. Miller, of counsel. Edwin D. Lawlor, for appellee.

Mr. Justice Johnston delivered the opinion of the court.